**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Butler Gatson, Appellant.

Appellate Case No. 2012-213214

———————————

Appeal From Richland County
Clifton Newman, Circuit Court Judge

———————————

Unpublished Opinion No. 2014-UP-044
Submitted December 1, 2013 – Filed February 5, 2014

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Kathrine Haggard Hudgins, of
Columbia, for Appellant.

Tommy Evans, Jr., of the Department of Probation,
Parole & Pardon Services, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.